U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 15 2015

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff | ) <br> ) <br> ) |
| v. | ) Civil No. 15-2133 <br> ) <br> ) |
| Real Property Located at: <br>    108 Hollow Drive, Roland, Oklahoma; <br>    7278 East 1050 Road, Muldrow, Oklahoma; <br>    Old Lee Fain Home, Johnson Drive, <br>       Roland, Oklahoma; <br>    477633 Old Highway 64, Roland, Oklahoma; <br>    Highway 64, Moffet, Oklahoma; <br>    203 Garrison Creek Drive, Roland, Oklahoma; <br>    110 Hollow Drive, Roland, Oklahoma; <br>    Boyd Flats Road, Muldrow, Oklahoma; and <br>    102 Johnson Drive, Roland, Oklahoma, <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT DECREE OF FORFEITURE

On July 1, 2015, a verified complaint of Forfeiture was filed on behalf of the plaintiff, the United States of America, against the defendant real properties. The complaint alleged that the defendant properties are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because they constitute property involved in and traceable to transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 & 1957 (money laundering).

The Court notes that the United States of America and the owners, Cecil Tuck, Jr. and Brenda Tuck (hereinafter "owners"), have entered into a Stipulation for Compromise Settlement filed in the above-captioned matter. The owners have consented and agreed to the entry of judgment of forfeiture based upon the Complaint for Civil Forfeiture in rem in favor of the United States on the conditions set forth below:

Page 1 of 2

A. The owners paid to the United States the sum of $400,000 in the form of a cashier's check made payable to the United States Marshal Service; and

B. The owners agreed that the $400,000 paid to the United States Marshal Service will be forfeited to the government in lieu of the defendant properties and disposed of according to law. The owners understand that all right, title, and interest in the $400,000 sum shall vest in the United States of America.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. All right, title, and interest in the $400,000 are forfeited to the United States of America;

2. The United States Marshal shall deposit the $400,000 cashier's check into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law;

3. This Court hereby enters, and this judgment shall constitute, a certificate of reasonable cause under 28 U.S.C. § 2465(a)(2) as to the defendant properties named in the complaint;

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing this Judgment of Forfeiture.

IT IS SO ORDERED, this 15th day of JULY 2015.

Paul K. Holmes
UNITED STATES DISTRICT JUDGE

APPROVED:

Aaron Jennen, AUSA, for Plaintiff
United States of America

Rex Chronister, attorney for owners

Page 2 of 2